IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> DERRICK DOUGLAS, <br><br> Defendant. | **FILED UNDER SEAL** <br><br> INDICTMENT <br><br> CRIMINAL NO. 5:21-CR- 66 <br><br> VIOLATION: <br><br> 18 U.S.C. § 875(c) |

**THE GRAND JURY CHARGES:**

## COUNT ONE
## (THREAT TO INJURE ANOTHER PERSON)

That on or about November 26, 2021, in the Macon Division of the Middle District of Georgia,

**DERRICK DOUGLAS,**

Defendant herein, did knowingly and willfully transmit in interstate or foreign commerce by any means, including by computer, a communication, to wit, an electronic mail message, to J.D.M., an employee of the U.S. Department of the Treasury, Internal Revenue Service, and the communication contained a threat to injure J.D.M., specifically a threat to harm the family of J.D.M. All in violation of Section 875(c) of Title 18 of the United States Code.

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented By:

PETER D. LEARY
UNITED STATES ATTORNEY

ALEX KALIM
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 14 day of Dec, AD 2021.

Deputy Clerk

2