# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 5:21-CR-00066-TES-CHW |
| | ) | |
| | ) | 2220-1214-0729-J |
| | ) | FID# 1990129 |
| DERRICK DOUGLAS | ) | USM# 94648-020 |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DERRICK DOUGLAS                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

COUNT ONE – THREAT TO INJURE ANOTHER PERSON

Date:    December 14, 2021                                                   s/ Vanessa Siaca
                                                                                    *Issuing officer's signature*

City and state:    Macon, Georgia                                           Vanessa Siaca, Deputy Clerk
                                                                                    *Printed name and title*

*(stamp: 2021 DEC 15 PM 1: 52   U.S. MARSHALS SVC MIDDLE GEORGIA)*

| Return |
|---|
| This warrant was received on *(date)* 12/14/2021 , and the person was arrested on *(date)* 12/15/2021 at *(city and state)* Milledgeville, GA . |
| Date: 12/15/2021 |

Arresting officer's signature

AMANDA STANWOOD, SPECIAL AGENT
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: __DERRICK DOUGLAS_____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____     Weight: _____

Sex: _____     Race: _____

Hair: _____     Eyes: _____

Scars, tattoos, other distinguishing marks: _____

_____

History of violence, weapons, drug use: _____

_____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

_____

FBI number: _____

Complete description of auto: _____

_____

Investigative agency and address: _____

_____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

_____

_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

_____

_____